J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
UTAH

JUN 17  10 04 AM '03

WILLIAM G. ___ ___
CLERK OF COURT

BY _____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC.; AND SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Case No. 02-22906<br>Bankruptcy Case No. 02-22907<br>Bankruptcy Case No. 02-24874<br>(Jointly Administered) |
| FREIGHTLINER LLC AND FREIGHTLINER MARKET DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS.<br><br>Defendant. | **FREIGHTLINER'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge Glen E. Clark<br><br>Adv. No. _____<br><br>**03 P - 2251 GEC** |

536492.1



0302251D2

Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure and Rule 65 of the Federal Rules of Civil Procedure, plaintiff Freightliner LLC, (f/k/a Freightliner Corporation) and Freightliner Market Development Corporation (together, "Freightliner Companies") respectfully moves this Court for a Preliminary Injunction enjoining the Official Committee of Unsecured Creditors (the "Committee") from disbursing the proceeds of the June 20, 2003 Auction of Trade-back Agreements and to direct the Committee to place the funds into an interest-bearing escrow account, pending final resolution of Freightliner's and Central's appeals.

Freightliner's Motion for Preliminary Injunction is supported by its Memorandum in Support of Motion for Preliminary Injunction and by Freightliner's Complaint for Declaratory and Injunctive Relief, filed contemporaneously herewith.

Respectfully submitted this 17th day of June 2003.

_____
J. THOMAS BECKETT
DIANNA M. GIBSON
PARSONS BEHLE & LATIMER
Attorneys for the Freightliner Companies

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2003, I caused to be hand delivered a true and correct copy of the foregoing **FREIGHTLINER'S MOTION FOR PRELIMINARY INJUNCTION** to:

Michael N. Emery
Wayne Z. Bennett
RICHARDS BRANDT MILLER & NELSON
*Counsel Central Refrigerated Services, Inc.*
50 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
*Counsel for Unsecured Creditors' Committee*
215 South State Street
12th Floor
Salt Lake City, UT 84111
(801) 531-8900

Laurie Crandall
U.S. Trustee's Office
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147