

J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC.; AND SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Case No. 02-22906<br>Bankruptcy Case No. 02-22907<br>Bankruptcy Case No. 02-24874<br>(Jointly Administered) |
| FREIGHTLINER LLC AND FREIGHTLINER MARKET DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Defendant. | **FREIGHTLINER'S EX PARTE MOTION FOR ORDER SHORTENING TIME FOR COMMITTEE TO RESPOND TO FREIGHTLINER'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge Glen E. Clark<br><br> |

536522.1



Pursuant to Fed. R. Bankr. P. 9006(c), plaintiffs respectfully move this Court for an order shortening the defendant's time to respond to plaintiffs' motion for a preliminary injunction so that the defendant must respond before 9:00 am on Friday, June 20, 2003. Plaintiffs also respectfully request a hearing on their motion for 11:00 am on Tuesday, June 24, 2003, when other matters in this bankruptcy case are also set to be heard.

The grounds for this Motion are as follows: On Friday, June 20, 2003, at 10:00 am, the defendant will auction the Trade-back options granted by the plaintiff to Dick Simon Trucking. At that time, the plaintiffs will likely bid for the Trade-backs. The plaintiffs will then have through Wednesday, June 25, 2003, to make payment on their bid. Components of the plaintiffs' bid may be effected by the defendant's response to plaintiffs' motion for a preliminary injunction. Further, whether the plaintiffs will make payment on their bid may depend, in part, on whether this Court will enjoin the defendant from disbursing the auction proceeds thereafter. Therefore, the plaintiffs seek to require the defendant to respond to their motion before the auction commences on Friday morning, June 20, 2003, and they seek to have their motion heard at 11:00 am on Tuesday, June 24, 2003, after the bidding but before payment is due.

WHEREFORE, plaintiff requests an order of the court (i) shortening defendant's time to respond to plaintiff's motion for a preliminary injunction so that the defendant

536522.1

must respond by 9:00 am on Friday, June 20, 2003, and (ii) setting a hearing on the plaintiffs' motion for 11:00 am on June 24, 2003.

DATED this 17th day of June 2003.

                                    PARSONS BEHLE & LATIMER

                                    _____
                                    201 S. Main St.
                                    Suite 1800
                                    Salt Lake City, Utah  84111
                                    Counsel for Freightliner

536522.1