J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC.; AND SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Case No. 02-22906<br>Bankruptcy Case No. 02-22907<br>Bankruptcy Case No. 02-24874<br>(Jointly Administered) |
| FREIGHTLINER LLC. &<br>FREIGHTLINER MARKET DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Defendant. | SUMMONS<br>(DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF)<br><br>**03 P-2251 GEC**<br><br>Judge Glen E. Clark<br><br>Adv. No. _____ |

536530.1



0302251D5

**TO THE UNSECURED CREDITORS' COMMITTEE:**

You are summoned and required to answer the attached Complaint. Within thirty (30) days after service of this summons, you must file your written answer with the clerk of the court at the following address: 350 South Main, Salt Lake City, Utah, 84101, and you must mail or deliver a copy to plaintiff's attorneys at the address listed above. If you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint.

DATED this 17th day of June 2003.

_____
J. THOMAS BECKETT
DIANNA M. GIBSON
PARSONS BEHLE & LATIMER
Attorneys for the Freightliner Companies

Unsecured Committee's Address:

c/o Gary E. Jubber / Peter W. Billings
FABIAN & CLENDENIN
215 South State Street
12th Floor
Salt Lake City, UT 84111

536530.1

2