B 250A
(Rev. 9/94)

# United States Bankruptcy Court

__Central__ **District of** __Utah__

Bankruptcy Case No. 02-22906
Bankruptcy Case No. 02-22907
Bankruptcy Case No. 02-24874
(Jointly Administered)

**In re**
Simon Transportation Services, Inc.; Dick Simon Trucking, Inc. **Debtor** et al.

Freightliner LLC & Freightliner Market Development Corporation **Plaintiff**

Official Committee of Unsecured Creditors **Defendant**

Adversary Proceeding No. 03 P-2251 GEC

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| 350 S. Main Street, Room 348<br>Salt Lake CIty, Utah  84101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| J. Thomas Beckett / Dianna M. GIbson<br>Parsons Behle & Latimer, 201 S Main St., Ste. 1800<br>Salt Lake City, Utah  84111 / (801) 532-1234 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

William C. Stillgebauer

*Clerk of the Bankruptcy Court*

JUN 17 2003
*Date*

By: _____

0302251D6

## CERTIFICATE OF SERVICE

I, __J. THOMAS BECKETT__, certify that I am, and at all times during the service
   (name)

of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __06/17/03__ by:
   (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
Receptionist, U. S. Trustee's Office, 9 Exchange Plc, Ste. 100, SLC UT
Receptionist, Richards Brandt, 50 S Main Street, STe 700, SLC UT
Receptionist, Fabian & Clendenin, 215 S State, #1200, SLC UT

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__June 17, 2003__                                     __[signature]__
       Date                                                Signature

| Print Name | | |
|---|---|---|
| J. Thomas Beckett, Esq. | | |
| Business Address | | |
| Parsons Behle & Latimer | | |
| City | State | Zip |
| 201 S Main St., Ste 1800, SLC | UT | 84111 |