*Prepared and submitted by:*

J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111



RECEIVED
JUN 17 2003
OFFICE OF JUDGE
GLEN E. CLARK

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC.; AND SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Case No. 02-22906<br>Bankruptcy Case No. 02-22907<br>Bankruptcy Case No. 02-24874<br>(Jointly Administered) |
| FREIGHTLINER LLC AND FREIGHTLINER MARKET DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Defendant. | ORDER SHORTENING TIME FOR COMMITTEE TO RESPOND TO FREIGHTLINER'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Judge Glen E. Clark<br><br>Adv. No. 03 P-2251 |

536549.1

The Court having considered the plaintiff's *ex parte* Motion for Order Shortening Time for the Committee to Respond to Plaintiff's Motion for Preliminary Injunction, hereby ORDERS, ~~the defendant to~~ respond to ~~such motion at or before 9:00 am on Friday, June 20, 2003~~. A hearing on the motion will be held on Tuesday, June 24, 2003, at 11:00 am.

Dated: June 19, 2003.

/s/ Helen␣E.␣Clark
United States Bankruptcy Judge

**Order Entered on 6/19/03**

536549.1

# BNC MAILING LIST

1. J. Thomas Beckett

2. Peter W. Billings, Jr.
   215 South State Street
   12th Floor
   Salt Lake City, UT 84111