*Prepared and submitted by:*

J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111



RECEIVED
JUN 17 2003
OFFICE OF JUDGE
GLEN E. CLARK

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC.; AND SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Case No. 02-22906<br>Bankruptcy Case No. 02-22907<br>Bankruptcy Case No. 02-24874<br>(Jointly Administered) |
| FREIGHTLINER LLC AND FREIGHTLINER MARKET DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Defendant. | ORDER SHORTENING TIME FOR COMMITTEE TO RESPOND TO FREIGHTLINER'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Judge Glen E. Clark<br><br>Adv. No. 03P-2251 |

536549.1

The Court having considered the plaintiff's *ex parte* Motion for Order Shortening Time for the Committee to Respond to Plaintiff's Motion for Preliminary Injunction, hereby ORDERS ~~the defendant to respond to such motion at or before 9:00 am on Friday, June 20, 2003~~. A hearing on the motion will be held on Tuesday, June 24, 2003, at 11:00 am.

Dated: June 1͟9͟, 2003.

                                                       *[signature]*
                                                       United States Bankruptcy Judge

**Order Entered on 6/19/03**

536549.1

# BNC MAILING LIST

1. J. Thomas Beckett

2. Peter W. Billings, Jr.
   215 South State Street
   12th Floor
   Salt Lake City, UT 84111

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1088-2          User: gci              Page 1 of 1           Date Rcvd: Jun 19, 2003
Case: 03-02251                Form ID: pdfor1        Total Served: 2

The following entities were served by first class mail on Jun 21, 2003.
aty         J. Thomas Beckett,   201 South Main Street,   Suite 1800,   P.O. Box 45898,
              Salt Lake City, UT  84145-0898
3965829     Peter W. Billings, Jr.,   215 South State Street,   12th Floor,   SLC, UT 84111

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jun 21, 2003**              Signature:      _Joseph Speetjens_