FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2003 JUL 14 P 3: 46

DISTRICT OF UTAH

BY_____

DEPUTY CLERK

J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC.; AND SIMON TERMINAL, LLC,<br><br>    Debtors. | Bankruptcy Case No. 02-22906<br>Bankruptcy Case No. 02-22907<br>Bankruptcy Case No. 02-24874<br>(Jointly Administered) |
| FREIGHTLINER LLC AND FREIGHTLINER MARKET DEVELOPMENT CORPORATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS.<br><br>    Defendant. | **COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**<br><br>Judge Glen E. Clark<br><br>Adv. No. 03P-2251 GEC |



0302251D9

TO THE PARTIES ON THE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and DUCivR 54-1(d), plaintiffs Freightliner LLC and Freightliner Market Development Corporation ("Freightliner") hereby dismissed without prejudice all claims against the Official Committee of Unsecured Creditors, in the above-captioned action. Defendant has not served an answer or a motion for summary judgment in this action.

DATED this 14th day of July, 2003.

PARSONS BEHLE & LATIMER

J. Thomas Beckett
Dianna M. Gibson
Counsel to Freightliner

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2003, I caused to be mailed, first class, postage prepaid, a true and correct copy of the foregoing **COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF** to:

Michael N. Emery
RICHARDS BRANDT MILLER & NELSON
Counsel for Jerry Moyes, The Jerry And Vickie Moyes Family Trust,
Interstate Equipment Leasing, Inc., DST Leasing, LLC,
Central Freight Lines, Inc., and Central Refrigerated Service, Inc.
50 South Main, #700
Salt Lake City, UT 84144

Laurie Crandall
U.S. Trustee's Office
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
Counsel for Unsecured Creditors' Committee
215 South State Street
12th Floor
Salt Lake City, UT 84111

J. THOMAS BECKETT